

FILED

DEC 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  Jeffrey L. Bornstein (State Bar No. 99358)
   CLAUDIA A. QUIROZ (State Bar No. 254419)
2  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA  94111
   Telephone: 415.882.8200
4  Facsimile: 415.882.8220

5  Attorneys for Defendant
   WILEY C. CHANDLER
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           Case No. 2:11-CR-0492 EJG
                                                2:11-CR-0511 EJG DAD
11            Plaintiff,
                                       STIPULATION AND [PROPOSED]
12       v.                            ORDER EXTENDING DEADLINE TO
                                       POST SECURED BOND
13 WILEY C. CHANDLER,
14                                     Date: December 15, 2011
              Defendant.                Time: 10:00 a.m.
15                                      Court: Courtroom 3, 17th Floor

16

17       On December 13, 2011, Defendant Wiley C. Chandler was released on an Unsecured

18 Appearance Bond in the amount of $250,000.00. Notice and Order of Release, Dkt. Nos. 19, 23.

19 The Court ordered that the unsecured bond must be replaced by a secured bond, secured by Mr.

20 Chandler's Oregon property, by December 27, 2011.

21       In connection with the requirement to post a secured bond and pursuant to the government's

22 request, Mr. Chandler obtained and provided to the government a title search from a title company

23 and an appraisal of his property. Given the holiday season, however, Mr. Chandler was not able to

24 provide this documentation to the government before December 27, 2011. Mr. Chandler, through

25 counsel, is now in the process of recording the trust deed naming the Clerk as beneficiary and

26 recording it with the County Recorder's Office, pursuant to Local Rule 151(i).

27       Preparing the required paperwork to complete this process will take a few additional days.

28 Accordingly, the parties hereby stipulate to extending the deadline for Mr. Chandler to replace the

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO POST SECURED BOND**

Unsecured Appearance Bond in the amount of $250,000.00 with a secured bond, secured by his Oregon property, until Tuesday, January 3, 2012.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: December 27, 2011     By:   */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein
Claudia A. Quiroz
Attorneys for Defendant Wylie C. Chandler

UNITED STATES ATTORNEY'S OFFICE

Dated: December 27, 2011     By:   */s/ Russell L. Carlberg*
(as authorized on December 27, 2011)
Russell L. Carlberg
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: December 27, 2011

HONORABLE DALE A. DROZD
United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO POST SECURED BOND**