BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0492 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO VACATE |
| ) | JUDGEMENT AND SENTENCING |
| v. ) | HEARING AND TO SCHEDULE STATUS |
| ) | CONFERENCE |
| KENNETH A. SWANGER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Swanger is currently set to appear before the Court for a judgment and sentencing hearing on May 4, 2012. Mr. Swanger, however, may be called as a witness at the trial of several co-conspirators. In this related case, <u>United States v. Chandler, et al.</u>, Cr. No. S-11-511 EJG, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore Longley, are

1

scheduled for a status conference on April 27, 2012.

The government will not be able to fully determine its sentencing recommendation for Mr. Swanger until after a trial in the related case. Therefore, per agreement with defense counsel, it is respectfully requested that the Court vacate the judgement and sentencing hearing that is currently set for May 4, 2012 and schedule a status conference for July 13, 2012. The United States Probation Office agrees with this approach.

It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

```
Dated: April 2, 2012              Respectfully Submitted,

                                  Benjamin B. Wagner
                                  United States Attorney

                             By:   s/Russell Carlberg*
                                  RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney


                                  Sharis A. Pozen
                                  Acting Assistant Attorney
                                  General

                             By:   s/Tai Milder
                                  ANNA TRYON PLETCHER
                                  TAI S. MILDER
                                  Trial Attorneys
                                  U.S. Department of Justice
                                  Antitrust Division

                             By:   s/William Portanova*
                                  WILLIAM J. PORTANOVA
                                  Counsel for Defendant
 *Signed with permission
```

ORDER

For the reasons stated above, the Court vacates the judgment and sentencing hearing on May 4, 2012 and schedules a status conference regarding judgment and sentencing on July 13, 2012.

DATED: April 4, 2012

IT IS SO ORDERED.

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE