ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 436-6660




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY B. GHIO,<br>Defendant. | No. 2:10-CR-0144 EJG |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THEODORE B. HUTZ,<br>Defendant. | No. 2:10-CR-0238 EJG |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN R. VANZETTI,<br>Defendant. | NO. 2:10-CR-0239 EJG |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD W. NORTHCUTT,<br>Defendant. | NO. 2:11-CR-0038 EJG |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>YAMA MARIFAT,<br>Defendant. | No. 2:11-CR-0039 EJG |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORY L. JACKSON,<br>Defendant. | No. 2:11-CR-0090 EJG |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALTER DANIEL OLMSTEAD,<br>Defendant. | No: 2:11-CR-0291 EJG |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT ROSE,<br>Defendant. | NO. 2:11-CR-0292 EJG |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH A. SWANGER,<br>Defendant. | No. 2:11-CR-0492 EJG |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILEY C. CHANDLER,<br>Defendant. | No. 2:11-CR-511 EJG |

**STIPULATION AND ~~[PROPOSED]~~ ORDER**
**TO CONTINUE STATUS CONFERENCES**

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on November 9, 2012.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four

defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore Longley, are on the Court's calendar for a trial commencing on November 4, 2013.

The government will not be able to fully determine its sentencing recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and Chandler until after a trial in the related case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for these individuals that is currently set for **November 9, 2012** be continued to **December 20, 2013** at 10:00 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request dates for judgment and sentencing and disclosure schedules for presentence reports.

Dated: November 2, 2012

Respectfully submitted,

/s/ Tai S. Milder
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

/s/ Micheal S. Thorman *
MICHEAL S. THORMAN
Counsel for Anthony Ghio

/s/ Kresta Nora Daly *
KRESTA NORA DALY
Counsel for Theodore B. Hutz

/s/ Christopher H. Wing *
CHRISTOPHER H. WING
Counsel for John R. Vanzetti

/s/ Doron Weinberg *
DORON WEINBERG
Counsel for Richard W. Northcutt

/s/ Richard Tamor *
RICHARD TAMOR
Counsel for Yama Marifat

/s/ Donald H. Heller *
DONALD H. HELLER
Counsel for Gregory L. Jackson

/s/ Carl M. Fallen *
CARL M. FALLEN
Counsel for Walter Daniel Olmstead

/s/ Ismael Ramsey *
ISMAEL RAMSEY
Counsel for Robert Rose

/s/ William J. Portonova *
WILLIAM J. PORTONOVA
Counsel for Kenneth A. Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

* Signed with permission.

~~[PROPOSED]~~ ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler from **November 9, 2012** to **December 20, 2013**.

IT IS SO ORDERED.

DATE: 11/5/12

HON. EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE