ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300


                IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        No. 2:10-CR-0144 WBS

                Plaintiff,
            v.

ANTHONY B. GHIO,

                Defendant.
_____

UNITED STATES OF AMERICA,        No. 2:10-CR-0238 WBS

                Plaintiff,
            v.

THEODORE B. HUTZ,

                Defendant.
_____

UNITED STATES OF AMERICA,        NO. 2:10-CR-0239 WBS

                Plaintiff,
            v.

JOHN R. VANZETTI,

                Defendant.
_____

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
 1   UNITED STATES OF AMERICA,          NO. 2:11-CR-0038 WBS

 2                 Plaintiff,
             v.
 3
     RICHARD W. NORTHCUTT,
 4
                  Defendant.
 5
     _____
 6
     UNITED STATES OF AMERICA,          No. 2:11-CR-0039 WBS
 7
                  Plaintiff,
 8           v.

 9   YAMA MARIFAT,
10
                  Defendant.
11   _____
12
     UNITED STATES OF AMERICA,          No. 2:11-CR-0090 WBS
13
                  Plaintiff,
14           v.
15
     GREGORY L. JACKSON,
16
                  Defendant.
17
     _____
18
19   UNITED STATES OF AMERICA,          No: 2:11-CR-0291 WBS
20
                  Plaintiff,
21
             v.
22
     WALTER DANIEL OLMSTEAD,
23
                  Defendant.
24
25
26
27
28
```

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

UNITED STATES OF AMERICA,                    NO. 2:11-CR-0292 WBS

           Plaintiff,

      v.

ROBERT ROSE,

         Defendant.

_____

UNITED STATES OF AMERICA,                    No. 2:11-CR-0492 WBS

           Plaintiff,

      v.

KENNETH A. SWANGER,

         Defendant.

_____

UNITED STATES OF AMERICA,                    No. 2:11-CR-511 WBS

           Plaintiff,

      v.

WILEY C. CHANDLER,
ANTHONY B. JOACHIM

         Defendants.

     The above-entitled cases are currently set for status hearings on **April 6, 2015.**

     The related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, went to trial on February 4, 2014.  Several of the above-named defendants testified at that trial.  On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice.  The jury could not reach a verdict on the conspiracy to commit mail fraud count.

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1   Katakis moved for a judgment of acquittal on the
2   obstruction count.  The Court granted the motion on May 9, 2014.
3   On June 6, 2014, the government filed a notice of appeal.  Four
4   days earlier, on June 2, Katakis had moved for a new trial on
5   the bid-rigging count.  Parker joined that motion.  On June 10,
6   2014, the Court stayed all proceedings pending receipt of an
7   order of remand from the Court of Appeals.  Appellate briefing
8   has been completed and the case has been set for oral argument
9   on May 15, 2015.

10   Katakis's and Parker's motions for a new trial are stayed
11   until the appellate issue is resolved.  If those new trial
12   motions are granted, the co-conspirators in the above-named
13   cases may be called as trial witnesses. The government will not
14   be able to fully determine its sentencing recommendation for
15   defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson,
16   Olmstead, Rose, Swanger, Chandler, and Joachim until after all
17   trials in the related cases have been completed.

18   Therefore, per agreement with defense counsel, it is
19   respectfully requested that the existing status conference be
20   continued to **September 14, 2015** at 9:30 a.m.  The United States
21   Probation Office is in accord with this approach.  It is
22   anticipated that at that time, the parties will be in a better
23   position to request dates for
24   \\
25   \\
26   \\
27   \\
28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1 | judgment and sentencing and disclosure schedules for presentence

2 | reports.

3

4 | Dated: March 24, 2015                    Respectfully submitted,

5
                                           /s/ Anna Tryon Pletcher
6                                          Anna Tryon Pletcher
                                           Tai S. Milder
7                                          May Lee Heye
                                           Kelsey C. Linnett
8                                          Trial Attorneys
                                           U.S. Department of Justice
9                                          Antitrust Division

10
                                           /s/ Michael S. Thorman *
11                                         MICHAEL S. THORMAN
                                           Counsel for Anthony Ghio
12

13                                         /s/ Kresta Nora Daly *
                                           KRESTA NORA DALY
14                                         Counsel for Theodore B. Hutz

15
                                           /s/ Christopher H. Wing *
16                                         CHRISTOPHER H. WING
                                           Counsel for John R. Vanzetti
17

18                                         /s/ Doron Weinberg *
                                           DORON WEINBERG
19                                         Counsel for Richard W.
                                           Northcutt
20

21                                         /s/ Richard Tamor *
                                           RICHARD TAMOR
22                                         Counsel for Yama Marifat

23                                         /s/ Donald H. Heller *
                                           DONALD H. HELLER
24                                         Counsel for Gregory L.
                                           Jackson
25

26                                         /s/ Carl M. Faller *
                                           CARL M. FALLER
27                                         Counsel for Walter Daniel
                                           Olmstead
28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1    /s/ Ismail Ramsey *
     ISMAIL RAMSEY
2    Counsel for Robert Rose

3    /s/ William J. Portanova *
     WILLIAM J. PORTANOVA
4    Counsel for Kenneth A.
5    Swanger

6    /s/ Jeffrey L. Bornstein *
     JEFFREY L. BORNSTEIN
7    Counsel for Wiley C. Chandler

8    /s/ Thomas A. Johnson *
     THOMAS A. JOHNSON
9    Counsel for Anthony B.
10   Joachim

11
     * Signed with permission.
12

13

14                     ORDER

15       For the reasons stated above, the Court continues the

16   status conference for defendants Anthony B. Ghio, Theodore B.

17   Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat,

18   Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, and

19   Kenneth A. Swanger from **April 6, 2014** to **September 14, 2015 at**

20   **9:30 a.m.**

21

22       IT IS SO ORDERED.

23   Dated:  March 24, 2015

24   _____
     WILLIAM B. SHUBB
25   UNITED STATES DISTRICT JUDGE

26

27

28

                              6
     **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**