WILLLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Kenneth A. Swanger

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11CR-00492 WBS |
|---|---|---|
| Plaintiff, | ) | **SENTENCING MEMORANDUM** |
| | ) | **RE: KENNETH A. SWANGER** |
| v. | ) | |
| | ) | Date: September 12. 2016 |
| KENNETH A. SWANGER, | ) | Time: 9:00 am |
| | ) | Dept: The Hon. William B. Shubb |
| Defendant. | ) | |

Defendant Kenneth A. Swanger, by and through his undersigned attorney, hereby requests that this Court accept the government's motion for a sentence reduction pursuant to section 5k of the Sentencing Guidelines and requests further that the Court accept the recommendation of the Probation Office and sentence Swanger to six months incarceration, along with the other recommended terms and conditions.

Dated: September 6, 2016

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Kenneth A. Swanger